UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Crim No. 1:22-cr-00393-DLF** |
| | : | |
| | : | |
| **MENACHEM COHEN,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT NOTICE REGARDING DEFENDANT'S SENTENCING EXHIBIT

In response to the Court's minute order dated June 6, 2023, the parties file this joint notice to notify the Court that they agree that Exhibit A to Defendant's Sentencing Memorandum (ECF No. 36) may be filed publicly in the redacted form attached to this filing. Counsel for the United States has de-designated the document in this form pursuant to the Protective Order previously entered.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar Number 481052

By:    */s/ Michael L. Barclay*
    MICHAEL L. BARCLAY
    Assistant United States Attorney
    Member of New York Bar
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, DC 20530
    Michael.Barclay@usdoj.gov
    (202) 252-7669