FEDERAL BUREAU OF INVESTIGATION

Date of entry  11/28/2022

HADAR COHEN (HADAR), home address: ▮▮▮▮ Brooklyn, New York, ▮▮ phone number: ▮▮▮▮; was interviewed in her home by Special Agent (SA) ▮▮▮ and ▮▮▮. SA ▮▮▮ and ▮▮▮ were intermittently present. After being advised of the identity of the interviewers and the nature of the interview, HADAR provided the following information:

[Agent note: This interview took place during the search warrant (see referenced FD-302) of HADAR'S home. The process of a federal search warrant was explained to HADAR and HADAR was provided with a copy of the warrant and shown what agents were searching for in her home. HADAR was told she could remain in her home or leave at any time and was not requires to stay or speak with Agents. HADAR made herself breakfast and used her phone throughout.]

HADAR lived in the home with her child and her husband, MENACHEM "MENY" COHEN (MENACHEM). HADAR knew MENACHEM went into the U.S. Capitol on January 6, 2021 because he had told her he went inside. HADAR believed MENACHEM went to Washington on January 6, 2021 because he was bored and wanted to do something and it was a "partying phase" after they had a baby. HADAR explained Orthodox Jews like her and her husband were not able to go to bars or do other things to "air out", so they liked to go to events where they could watch things and it was considered "kosher".

HADAR knew MENACHEM traveled down with other people, but did not know who they were. MENACHEM was excited to go and see people and politicians. HADAR and MENACHEM did not watch TV and so MENACHEM considered going to Washington D.C. and seeing lots of people to be entertainment like watching a show. HADAR believed a group of guys from their community - Chabad Lubavitch - thought it would be fun to go to Washington on January 6, 2021. She was not supportive of the trip at the time and believed they were very disorganized and last minute. MENACHEM traveled with an extra undershirt and nothing else because he was so disorganized.

UNCLASSIFIED//FOUO

Investigation on  11/21/2022  at  Brooklyn, New York, United States (In Person)

File #  176-NY-3439722                                           Date drafted  11/21/2022

by  ▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.