UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Crim No. 1:22-cr-00393-DLF** |
| : | |
| : | **UNDER SEAL** |
| **MENACHEM COHEN,**    : | |
| : | |
| **Defendant.**    : | |

# NOTICE

The United States of America hereby files this sealed notice to inform the Court of defendant Cohen's previous arrests and to seek an order amending paragraph 37 of the final PSR (ECF No. 32).

1. Based on information available to counsel for the Government, Mr. Cohen has been arrested by the New York Police Department on two previous occasions:

 a. Arrest date 09/01/2011, arrest no. K11685109 - POSS MARIHUANA-5TH:PUBLIC

 b. Arrest date 04/23/2022, arrest no. K22616759 - ASLT 3-W/INT CAUSE PHYS INJURY

2. According to the reports available to the undersigned, both arrests are sealed. The undersigned is not aware of any convictions that resulted from these arrests.

3. The undersigned failed to timely note the Government's objection to paragraph 37 of the draft PSR and regrets the oversight.

4. However, after reviewing defendant's sentencing memorandum and the final PSR, the undersigned alerted defense counsel and the Probation Office to these arrests by phone and

email on June 7 and June 8, 2023. After the undersigned inquired whether Probation would amend paragraph 37 of the PSR, Probation deferred to the Court.

5. Accordingly, the Government seeks to alert the Court to these sealed arrests, and requests an order amending paragraph 37 of the final PSR to note the date and fact of these sealed arrests.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By: /s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney
Member of New York Bar
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669