UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 1:22-cr-00393-DLF |
| : | |
| **MENACHEM COHEN,** : | |
| : | |
| **Defendant.** : | |

## DEFENDANT'S MOTION TO TRAVEL AND FOR TEMPORARY RETURN OF HIS PASSPORT

Defendant Menachem Cohen, by undersigned counsel, hereby moves for authorization to travel internationally to Ecuador for one week in July 2024, and to have his passport temporarily returned for this trip.

Mr. Cohen is currently serving three years' probation after pleading guilty to unlawfully entering the Capitol on January 6, 2021. Mr. Cohen is supervised by the Eastern District of New York ("EDNY") Probation Department. Mr. Cohen has completed one year of his probation, satisfied the community-service and financial obligations of his sentence, and otherwise been compliant with the conditions of his supervision. In recognition of that compliance, he was recently assigned to EDNY Probation Department's low-intensity monitoring unit.

Mr. Cohen would like to travel to Ecuador for one week in July 2024 to spend time with his rabbi, who relocated there from Brooklyn. Mr. Cohen will be traveling by himself. Under the terms of his probation, Mr. Cohen can only take this trip with advance authorization of the Court. Additionally, Mr. Cohen's passport, which is still in the custody of the EDNY Probation Department, can only be returned to him for this trip with a Court order.

If this request is granted, Mr. Cohen will provide his probation officer a travel itinerary in advance of his trip and report to her within 48 hours of his return. Additionally, Mr. Cohen will

pick up his passport from, and return it to, EDNY Probation within 48 hours of leaving and returning to the United States, respectively.

I have discussed this request with Mr. Cohen's probation officer, who consents. The government takes no position on the motion.

Respectfully submitted,

/s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Menachem Cohen*

Dated:      June 12, 2024

## CERTIFICATE OF SERVICE

On June 12, 2024, I served a copy of the foregoing on counsel of record for the government and Mr. Cohen's probation officer via electronic mail.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Menachem Cohen*
