UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:22-cr-00393-DLF |
| | : | |
| **MENACHEM COHEN,** | : | |
| | : | |
| **Defendant.** | : | |

## RESPONSE TO ORDER OF JUNE 14, 2024

    Defendant Menachem Cohen, by undersigned counsel, hereby responds to the Court's order dated June 14, 2024. Mr. Cohen's rabbi is Yosef Yitzhak Tomer and he resides at Manuel Barreto N 32-244, Quito, 170517, Ecuador. Mr. Cohen will be staying with Rabbi Tomer during his trip. Rabbi Tomer works for Chabad, the Lubavitch Hassidic group, and has moved to Ecuador as a missionary or emissary of the organization. The address where Rabbi Tomer lives, and where Mr. Cohen will be staying, is a Chabad House.

    Respectfully submitted,

    /s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Menachem Cohen*

**CERTIFICATE OF SERVICE**

On June 14, 2023, I served a copy of the foregoing on counsel of record for the government and Mr. Cohen's probation officer via electronic mail.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Menachem Cohen*